AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY MILLS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

ARLENE BLUTH.

CASE NUMBER:  CV 126-036

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 13, 2026, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. Therefore, Plaintiffs complaint is

dismissed because Plaintiff fails to state a claim upon which relief may be granted.

This case stands closed.

| | |
|---|---|
| 4/13/2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *Martha C. Mamman* (signature) |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020